UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANN LEHEY,

                            Plaintiff,

      v.                                        03-cv-1087

JOHN E POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **ORDER**

        In accordance with the decision rendered from the bench on April 10, 2006, Defendant's motion for summary judgment is GRANTED IN PART and DENIED IN PART. The motion is GRANTED insofar as Plaintiff's claims based on: (1) disparate treatment on account of her age; (2) disparate treatment on account of her gender; (3) quid pro quo sexual harassment; (4) hostile work environment on account of her age; and (5) retaliation are dismissed. Defendant's motion is DENIED as to Plaintiff's claim of a gender-based hostile work environment.

IT IS SO ORDERED.

Dated: September 20, 2006

_Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge